Written Account

3/13/2025 Incident – IAD Gate D12

At approximately 5:10 PM, as the previous Chicago outbound flight was being closed out, a line formed at the D12 counter with about two dozen passengers from the earlier canceled Atlanta flight. SiSi Cansler and I assisted them, primarily explaining that they were on the waitlist for the delayed 6:15 PM ATL departure, UA2081. I then assisted the next passenger in line, who immediately cursed at me and at United, stating that we "sucked" and that he would never fly with us again. He angrily yelled at me that I cancelled his earlier flight, he has been at the airport all day, and that we just "sucked".  He requested a paper boarding pass for UA2081 and complained about being assigned a middle seat (7B). I checked the seat map for an alternative but found no available aisle or window seats. I sincerely apologized for the cancellation and for his experience, asked for his ID, and handed him a new paper boarding pass.  I tried to placate him by pointing out that he was seated in Economy Plus with extra legroom and that it was a bulkhead seat, but he dismissed my explanation angrily. He then demanded space in the overhead bin for his backpack and CPAP machine. I informed him that flight attendants could assist him with his carry-on items due to his bulkhead seating.  He then yelled about being assigned Boarding Group 5, whereas on the canceled flight, he had been in Group 2. Again, I explained that flight attendants would assist with his belongings. I then politely asked him to step aside so I could assist other passengers. He moved about 10 feet away, standing in the Group 2 Boarding lane.  Approximately five minutes later, he returned to the podium, interrupting my interaction with another passenger. He claimed he needed a new boarding pass because the one I had given him "wasn't going to work"—he had ripped it in half. At that point, I excused myself and went onto the jet bridge to inform the Captain of UA2081, who was waiting on the jetbridge as the inbound aircraft arrived. I also informed Lead Agent Sarbinder, who was assisting us with the quickturn, that I was going on the jetbridge to speak to the Captain. She told me she had already contacted, or was in the process of contacting, MWAA Police and a Supervisor. This was around 5:30 PM, as the inbound aircraft had just pulled into the gate.  On the jet bridge, I advised the Captain that we had a potentially unfit passenger who might be under the influence due to his erratic and hyper-aggressive behavior. The inflight crew, waiting behind the podium, had observed the passenger berating me and the CSR team. When the Captain exited the jet bridge, he briefly conferred with the inflight crew, who indicated they did not want the passenger on board. The Captain then approached the passenger to assess the situation. While I continued working on the quickturn, I observed the passenger being disrespectful to the Captain, who had to take a firm tone, instructing the assailant not to speak in that manner. The Captain then informed the assailant that he would not be allowed to board and that the CSR team would assist him with alternative arrangements.

As I began making the SOP gate announcements for the quickturn outbound, I noticed the assailant make his way around the podium and into the traffic where the

inbound passengers were deplaning. I stepped in front of him, advising that he could not be in that area due to the arriving passengers. At that moment, with the PA still in my hand, he punched me. That is the last thing I remember until regaining consciousness.

I initially believed I had been unconscious for 10–15 seconds, but witnesses indicated it was longer. When I came to, several MWAA police officers were on top of the assailant, restraining and attempting to handcuff him. Other UA employees helped me up and moved me away from the scene to ensure I was okay.

I was taken to hospital where a CT scan was performed…no indication of a broken jaw or other broken bones.  I do not recall the doctor examining me or asking questions about a possible concussion, perhaps because my speech was lucid, clear and coherent (I was feeling fine and probably running on a bit of adrenaline).   I was diagnosed with contusions, bruising and was instructed to go home, take some ibuprofen and ice down the bruised areas.  As I was feeling fine, I did ask for a letter authorizing me to return to work which they provided me for 3/15/2025 (or sooner if there was no pain).  I just continue to monitor for any signs of concussion and other areas of concern as medical friends/family advised that that I was knocked unconscious and hit my head on the way down.

███████

3/14/2025